UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUHARREM BALKANLI,<br><br>Plaintiffs,<br><br>v.<br><br>NAVITSKY, WOODBOURNE COR FACILITY, WENDE COR FACILITY, NYS DOCC, US DHS, US ICE, ANDREW COLE, US DHS, US ICE, and BUFFALO FEDERAL DETENTION CENTER, and IDOC,<br><br>Defendants. | CAUSE NO. 3:26-CV-1156-PPS-JEM |

OPINION AND ORDER

Muharrem Balkanli, an immigration detainee at the Miami Correctional Facility, was granted until September 9, 2026, to file an amended complaint. In response, he submitted two complaints. ECF 17 and 18. Balkanli must file a single complaint on the court's form as required by N.D. Ind. L.R. 7-6 and resolve his filing fee status.

Balkanli also filed two motions asking to transfer this case. ECF 10 and 16. If he wants to file this case in another district, he should not file an amended complaint in this court. What he should do is file a one-page Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). Then he can file his case in whatever other district court he believes is appropriate.

For these reasons, the court:

(1) DENIES the motions to transfer (ECF 10 and 16);

(2) DIRECTS the clerk to place this case number on a **Civil Complaint (INND Rev 4/24)** and a **Motion to Proceed In Forma, AO 239 (Rev. 1/15) (INND Rev. 8/16)** and send them to Muharrem Balkanli;

(3) GRANTS Muharrem Balkanli until **November 6, 2026**, to *either* file a Notice of Dismissal *or* an amended complaint on that complaint form and resolve his filing fee status; and

(4) CAUTIONS Muharrem Balkanli this case may be dismissed without further notice if he does not respond by the deadline because he has made clear he wants to litigate these claims in a different district.

SO ORDERED on this 15th day of October, 2026.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Plaintiff, *pro se*